# Exhibit B



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
STATION PLACE
100 F STREET, NE
WASHINGTON, DC 20549-2465

Office of FOIA Services

December 18, 2018

Mr. Douglas W. Henkin
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112-4498

RE:  Freedom of Information Act (FOIA), 5 U.S.C. § 552
     Request No. **19-00554-FOIA, 19-00555-FOIA, 19-00556-FOIA, 19-00557-FOIA**

Dear Mr. Henkin:

This letter is in reference to your request, dated November 19, 2018, and received in this office on November 20, 2018, for copies of all documents described below that were created or obtained by the SEC between October 1, 2017, and November 19, 2018:

1. All records concerning any involvement of Brett Redfearn, Director Division of Trading and Markets, in any aspect of the proceedings in the matter *In re Application of Securities Industry & Financial Markets Ass'n*, Admin. Proc. File No. 3-1530; *In re Applications of Securities & Financial Markets Ass'n & Bloomberg, L.P.*, Securities Exchange Act of 1934 Rel. No.84433 (Oct. 16, 2018); and the additional proceedings listed in Exhibit A to Release No. 84433 (collectively, "Market Data Proceedings"), including involvement in the drafting or preparation of the Commission's orders in the Market Data Proceedings.

2. All records concerning communications or meetings relating to the recusal or possible recusal of Brett Redfearn from participation in Market Data Proceedings.

3. All records concerning communications or meetings between Brett Redfearn and any third party, other than the SEC, relating to Market Data Proceedings.

4. All records concerning communications or meetings between the SEC, not limited to Brett Redfearn, and any reporters affiliated with or connected to the Wall Street Journal, relating to Market Data Proceedings.

```
Mr. Douglas W. Henkin                                    19-00554-FOIA
December 18, 2018                                        19-00555-FOIA
Page Two                                                 19-00556-FOIA
                                                         19-00557-FOIA
```

     We will be unable to respond to your request within the Freedom of Information Act's twenty day statutory time period, as there are unusual circumstances which impact on our ability to quickly process your request.  Therefore, we are invoking the 10 day extension.  These unusual circumstances are the need for consultation with one or more other offices having a substantial interest in either the determination or the subject matter of the records.  For these reasons, we will process your case consistent with the order in which we received your request.

     If you have any questions, you may contact me at moodyd@sec.gov 202) 551-8355.  You may also contact me at foiapa@sec.gov or (202) 551-7900.  You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-7900.  For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.

                                                     Sincerely,

                                                   Denise R. Moody
                                                   FOIA Research Specialist

# ADDENDUM

For further assistance you can contact a SEC FOIA Public Liaison by calling (202) 551-7900 or visiting https://www.sec.gov/oso/help/foia-contact.html.

SEC FOIA Public Liaisons are supervisory staff within the Office of FOIA Services.  They can assist FOIA requesters with general questions or concerns about the SEC's FOIA process or about the processing of their specific request.

In addition, you may also contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA dispute resolution services it offers.  OGIS can be reached at 1-877-684-6448 or via e-mail at ogis@nara.gov.  Information concerning services offered by OGIS can be found at their website at Archives.gov. Note that contacting the FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

If you have any questions, please contact me at moodyd@sec.gov or (202) 551-8355.  You may also contact me at foiapa@sec.gov or (202) 551-7900.  You may also contact the SEC's FOIA Public Service Center at foiapa@sec.gov or (202) 551-7900.  For more information about the FOIA Public Service Center and other options available to you please see the attached addendum.